IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**STEVEN KNOX,**

 Petitioner,

v.

**CHRISTINA POPOFF,**

 Respondent.

No. 6:17-cv-104-PK

OPINION AND ORDER

**MOSMAN, J.,**

 On March 14, 2018 Magistrate Judge Paul Papak issued his Findings and Recommendation (F&R) [42], recommending that Petitioner's Petition for Writ of Habeas Corpus [2] should be dismissed; that Petitioner's Motion to Amend/Supplement Facts of Petition [37], Amended Motion for Summary Judgment [39], and Motion for Immediate Release [40] should be denied as moot; that a judgment of dismissal should be entered; and that I should certify that Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). Petitioner filed a Motion to Determine Question of Law [48], which I construe as an objection to the F&R, as well as Objections [49].

## DISCUSSION

 The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation and I ADOPT the F&R in full. Petitioner's Petition for Writ of Habeas Corpus [2] is DISMISSED. Petitioner's Motion to Amend/Supplement Facts of Petition [37], Amended Motion for Summary Judgment [39], and Motion for Immediate Release [40] are DENIED as moot. Petitioner's Motion to Determine Question of Law [48] is accordingly DENIED. I further decline to enter a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 20 day of June, 2018.

MICHAEL W. MOSMAN
Chief United States District Judge